# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )
    v.    )    Case No. 24-00287-01-CR-W-DGK
    )
KASSIM AQUIL,    )
    )
    Defendant.    )

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On December 17, 2024, the Grand Jury returned a one-count Indictment charging Defendant Kassim Aquil with being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
>Government: David Andrew Barnes and James Kirkpatrick
>>Case Agent: Deputy U.S. Marshal Aaron Riley
>Defense: Jeffrey Alan Gedbaw

**CERTIFICATE OF COMPLIANCE:** The Government and defense counsel have certified that each have produced all discovery in accordance with the deadlines established in the Arraignment and Discovery Order and have timely complied with all pretrial filing deadlines established by the Scheduling and Trial Order up to the date of the pretrial conference.

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
>Government: 4-5 with or without stipulations
>Defendant: 1 witness, including the Defendant

**TRIAL EXHIBITS:**
>Government: approximately 30-35 exhibits
>Defendant: approximately 0 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 1½ to 2 days total**
Government's case including jury selection: 1½ days
Defendant: ½ day

**STIPULATIONS**: The parties are in discussion regarding chain of custody, felony status and nexus

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:** The parties are reminded of the following pretrial filing deadlines as originally set forth in the Scheduling and Trial Order (Doc. #15):

**Witness and Exhibit Lists: Due no later than fourteen days prior to trial.**

Please note: Counsel are requested to list witnesses in alphabetical order on their witness list.

**Motion in Limine: Due no later than fourteen days prior to trial.**

**Stipulations: Due no later than fourteen days prior to trial.**

**Additionally, Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions are due no later than seven days prior to trial.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for June 1, 2026.

Normal jury panel: **Yes**

**Please note:** The parties strongly prefer second week of the docket with a Monday start. Defense counsel has some matters set on the first week. AUSA Kirkpatrick has two cases on this docket. Therefore, the Government requests that his cases not be scheduled at the same time as Mr. Kirkpatrick's other case.

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge

2